UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

ELAINE L. CHAO, Secretary of Labor,      )
United States Department of Labor,       )
                                     ) Case No: 2:06-CV-405 PS
     Plaintiff,                  )
        v.                      )
                                     )
LOCAL 645, UNITED STEEL, PAPER    )
AND FORESTRY, RUBBER,            )
MANUFACTURING, ENERGY,        )
ALLIED INDUSTRIAL AND         )
SERVICE WORKERS INTERNATIONAL )
UNION,                            )
                                   )

              Defendant.

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT**

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, by counsel, and Defendant, Local 645, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, (hereinafter, "Local 645" ), submit this joint motion for entry of Judgment declaring that the individuals certified by the Plaintiff, are the duly elected officers of defendant, Local 645, and shall serve until the next regularly scheduled election of Local 645, in accordance with the provisions of the constitution and bylaws of Local 645. In support of its Joint Motion, the parties set forth the following:

1. Defendant, Local 645, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, conducted its regularly scheduled election of officers under the supervision of the Plaintiff.

2. Plaintiff has filed the attached Certification of Election, (Exhibit A), certifying the names of the persons who were elected in such election, and further certifying that such election was

conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. 481 et seq.), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable.

3. The Certification of Election also declares that the individuals certified by the Plaintiff are the duly elected officers of defendant, Local 645, and shall serve until the next regularly scheduled election of the defendant, in accordance with the provisions of the constitution and bylaws of the defendant.

4. Defendant and Plaintiff agree that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date.

WHEREFORE, the parties respectfully requests that the Court enter Judgment declaring that the individuals certified by the Plaintiff, are the duly elected officers of defendant, Local 645, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, and shall serve until the next regularly scheduled election of the Defendant, in accordance with the provisions of the constitution and bylaws of the Defendant.

-2-

Respectfully submitted,


DAVID CAPP
ACTING UNITED STATES ATTORNEY

By:    /s/ Sharon J. Johnson          By:    /s/ William H. Schmelling
Sharon J. Johnson                     William H. Schmelling
Assistant United States Attorney      Associate General Counsel
5400 Federal Plaza, Suite 1500        United Steelworkers
Hammond, IN 46320                     7218 West 91st Street
Tel No.: (219) 937-5500               Bridgeview, IL 60455
Fax No.: (219) 852-2770               Tel No.: (708) 233-0800
Email: sharon.johnson2@usdoj.gov      Fax No.: (708) 233-0837
Attorney for **United States of America**    Attorney for **Local 645, United Steelworkers**


                                      By:    /s/ Melvin P. Stein
OF COUNSEL FOR                        Melvin P. Stein
**United States Department Of Labor**     Associate General Counsel
                                      United Steelworkers
GREGORY F.  JACOB                     5 Gateway Center, Suite 807
Solicitor of Labor                    Pittsburgh, PA 15222
                                      Tel No.:(412) 562-2546
KATHERINE E. BISSELL                  Fax No.:(412) 562-2429
Associate Solicitor                   Attorney for **Local 645, United Steelworkers**

SHIREEN M. MCQUADE
Attorney

JOAN E. GESTRIN
Regional Solicitor

WILLIAM POSTERNACK
United States Department of Labor
Office of the Solicitor
230 South Dearborn Street, 8th Floor
Chicago, Illinois 60604


-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2008, Sharon J. Johnson, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: n/a.  And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants properly addressed to:

Melvin P. Stein
United Steelworkers of America
Five Gateway Center
Pittsburgh, PA 15219

William H. Schmelling
United Steelworkers of America
7218 West 91st Street
Bridgeview, IL 60455

/s/ *Amber N. Mills*

Amber N. Mills
Legal Assistant

OFFICE OF:
United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel:  (219) 937-5500
Fax: (219) 937-5547

-4-