UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:06-CV-405-PPS |
| v. | ) | |
| | ) | |
| LOCAL 645, UNITED STEEL, PAPER<br>AND FORESTRY, RUBBER,<br>MANUFACTURING, ENERGY,<br>ALLIED INDUSTRIAL AND SERVICE WORKERS<br>INTERNATIONAL UNION, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the

supervision of the Secretary of Labor, United States Department of Labor, pursuant to a

Stipulation of Settlement and Order entered April 5, 2007, in the United States District

Court for the Northern District of Indiana, Hammond Division, in accordance with the

provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959

(29 U.S.C. § 481 et seq.) and in conformity with the Constitution and Bylaws of the

defendant labor organization, insofar as lawful and practicable.  Having received no

complaints concerning the December 12, 2007 election, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and

Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

**IT IS HEREBY CERTIFIED** that the following named candidates are duly elected to the office designated:

Sharon Roman  President
Kathy Dark   Recording Secretary
Paul Bernard  Treasurer
Dan Ally    Trustee

Signed this ___22nd___ day of ___January___, 2008.

_Cynthia M. Downing_
Cynthia M. Downing, Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor

2